# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA BENNEFIELD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00280-NAD |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al., | ) |
| Defendants. | ) |

## MINUTE ENTRY OF STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties have jointly stipulated to dismissal of Plaintiff Joshua Bennefield's claim under 29 U.S.C. § 1132(a) **WITHOUT PREJUDICE** and dismissal of Plaintiff Bennefield's claim for fees and expenses under 29 U.S.C. § 1132(g) **WITH PREJUDICE**. Doc. 11. Per the stipulation, each party shall bear its own costs. This case is **CLOSED**.

Dated: 6/6/2022                                    SHARON N. HARRIS, CLERK


                                                   By: s/ M. Barnes
                                                        Deputy Clerk